*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Magana Properties Inc.  BK No. 1:26−bk−10120

Debtor(s)  Chapter 7

---

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
### FOR FAILURE TO HAVE AN ATTORNEY

A voluntary petition was filed under chapter 7 on 2/11/26 by Magana Properties Inc. a corporation . No attorney of record is listed in the bankruptcy case. *See In re Las Colinas Development Corp.,* 585 F.2d 7 (1st Cir. 1978); *In re Victor Publishers, Inc.,* 545 F.2d 285 (1st Cir. 1976); *R.I.G.L. § 11−27−1 et. seq*.

The debtor is ordered to show cause in writing, no later than 2/18/2026 (7 days from entry of this order, plus an additional 3 days if served by mail), why this case should not be dismissed for failure to have legal representation.

*So Ordered:*

/s/ John A. Dorsey, Jr.
U.S. Bankruptcy Judge

Date: **2/11/26**

Entered on Docket: **2/11/26**
Document Number: **2 − 1**

215.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*