**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In re: Magana Properties Inc.                                    BK No. 1:26–bk–10120

*Order to File Missing Documents and/or Missing Information, and Notice of Automatic Dismissal for Failure to Timely Comply With This Order–– Chapter 7 Case*

A petition was filed in the above case on **2/11/26** .

Under local rule 1007–1, the following documents and/or information is missing and must be filed on or before **2/25/2026 ,** plus an additional three days if served by mail as shown on the certificate of service below.

If you do not timely file the missing documents or a motion to extend time by the deadline above, or fail to file a request for relief pursuant to local rule 1017–2(b) within 7 days of this order, your bankruptcy case will be automatically dismissed without further notice.

| | |
|---|---|
| *B106sum –Summary of Assets and Liabilities* | *Corporate Vote (LBR 1002–1)* |
| *B106dec – Declaration re Individual Debtors Schedules* | *Corporate Ownership Stmt* |
| *B106a/b – Property Individual* | *Other:* |
| *B106d –Creditors who hold Claims Secured by Property* | |
| *B106e/f –Creditors who have Unsecured Claims* | |
| *B106g –Executory Contracts and Unexpired leases* | |
| *B106h –your Codebtors* | |
| *B107 – Statement of Financial Affairs* | |

## Certificate of Service

| **Debtor** | **Debtor's Attorney** | **Chapter Trustee** |
|---|---|---|
| Hand Delivered | | Email Delivery |

Dated *: 2/11/26*                                                    So Ordered:
Document Number: **4 – 1**

/s/ John A. Dorsey, Jr.
U.S. Bankruptcy Judge

304aa.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*