United States Bankruptcy Court

District of Rhode Island

| | |
|---|---|
| In re: | Case No. 26-10120-JAD |
| Magana Properties Inc. | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0103-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Feb 11, 2026 | Form ID: 215 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Magana Properties Inc., 19 Benedict Street, Providence, RI 02907-2803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Sandra Nicholls | ustpregion01.pr.ecf@usdoj.gov |
| Stacy B. Ferrara | sferrara@ndgrb.com  RI11@ecfcbis.com;mbettez@ndgrb.com |

TOTAL: 2

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Magana Properties Inc.   BK No. 1:26−bk−10120

Debtor(s)

Chapter 7

---

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED
### FOR FAILURE TO HAVE AN ATTORNEY

A voluntary petition was filed under chapter 7 on 2/11/26 by Magana Properties Inc. a corporation . No attorney of record is listed in the bankruptcy case. *See In re Las Colinas Development Corp.,* 585 F.2d 7 (1st Cir. 1978); *In re Victor Publishers, Inc.,* 545 F.2d 285 (1st Cir. 1976); R.I.G.L. § 11−27−1 et. seq.

The debtor is ordered to show cause in writing, no later than 2/18/2026 (7 days from entry of this order, plus an additional 3 days if served by mail), why this case should not be dismissed for failure to have legal representation.

*So Ordered:*

/s/ John A. Dorsey, Jr.
U.S. Bankruptcy Judge

Date: **2/11/26**

Entered on Docket: **2/11/26**
Document Number: **2 − 1**

215.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*