United States Bankruptcy Court

District of Rhode Island

In re:  Case No. 26-10120-JAD

Magana Properties Inc.  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0103-1      User: admin      Page 1 of 1

Date Rcvd: Feb 11, 2026      Form ID: 304aa      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Magana Properties Inc., 19 Benedict Street, Providence, RI 02907-2803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Sandra Nicholls | ustpregion01.pr.ecf@usdoj.gov |
| Stacy B. Ferrara | sferrara@ndgrb.com  RI11@ecfcbis.com;mbettez@ndgrb.com |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

In re: Magana Properties Inc.                             BK No. 1:26–bk–10120

*Order to File Missing Documents and/or Missing Information, and Notice of Automatic Dismissal for Failure to Timely Comply With This Order-- Chapter 7 Case*

A petition was filed in the above case on **2/11/26** .

Under local rule 1007–1, the following documents and/or information is missing and must be filed on or before **2/25/2026 ,** plus an additional three days if served by mail as shown on the certificate of service below.

If you do not timely file the missing documents or a motion to extend time by the deadline above, or fail to file a request for relief pursuant to local rule 1017–2(b) within 7 days of this order, your bankruptcy case will be automatically dismissed without further notice.

| | |
|---|---|
| *B106sum –Summary of Assets and Liabilities* | *Corporate Vote (LBR 1002–1)* |
| *B106dec – Declaration re Individual Debtors Schedules* | *Corporate Ownership Stmt* |
| *B106a/b – Property Individual* | *Other:* |
| *B106d –Creditors who hold Claims Secured by Property* | |
| *B106e/f –Creditors who have Unsecured Claims* | |
| *B106g –Executory Contracts and Unexpired leases* | |
| *B106h –your Codebtors* | |
| *B107 – Statement of Financial Affairs* | |

## Certificate of Service

| **Debtor** | **Debtor's Attorney** | **Chapter Trustee** |
|---|---|---|
| Hand Delivered | | Email Delivery |

Dated *: 2/11/26*                             So Ordered:
Document Number: **4 – 1**

/s/ John A. Dorsey, Jr.
U.S. Bankruptcy Judge

304aa.jsp
_____

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

Website: *www.rib.uscourts.gov*