### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF RHODE ISLAND

| | |
|---|---|
| In Re: Magana Properties Inc. | BK No. 1:26–bk–10120 |
| Debtor(s) | Chapter 7 |

### ORDER DISMISSING CASE FOR FAILURE
### TO COMPLY WITH ORDER TO SHOW CAUSE

On 2/11/2026 , the court issued an Order to Show Cause why this case should not be dismissed for failure to have an attorney . As of this date, the debtor(s) has not responded to the show cause order.

Therefore, the case is dismissed for failure to comply with the Order to Show Cause. On the effective date of this order, creditors are free to pursue their pre–bankruptcy rights against the debtor(s).

*So Ordered:*

/s/ John A. Dorsey, Jr.
U.S. Bankruptcy Judge

Date: **2/24/26**

Entered on Docket: **2/24/26**
Document Number: **7 – 2**

160.jsp

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626–3100*

*Website: www.rib.uscourts.gov*