United States Bankruptcy Court

District of Rhode Island

In re:                                                                                      Case No. 26-10120-JAD

Magana Properties Inc.                                                                Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0103-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Feb 24, 2026 | Form ID: 160 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol          Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2026:**

**Recip ID          Recipient Name and Address**
db          +  Magana Properties Inc., 19 Benedict Street, Providence, RI 02907-2803

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2026                          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Sandra Nicholls | ustpregion01.pr.ecf@usdoj.gov |
| Stacy B. Ferrara | sferrara@ndgrb.com  RI11@ecfcbis.com;mbettez@ndgrb.com |

TOTAL: 2

*UNITED STATES BANKRUPTCY COURT*
*DISTRICT OF RHODE ISLAND*

---

In Re: Magana Properties Inc.                    BK No. 1:26−bk−10120

Debtor(s)                                        Chapter 7

---

### *ORDER DISMISSING CASE FOR FAILURE*
### *TO COMPLY WITH ORDER TO SHOW CAUSE*

On 2/11/2026 , the court issued an Order to Show Cause why this case should not be dismissed for failure to have an attorney . As of this date, the debtor(s) has not responded to the show cause order.

Therefore, the case is dismissed for failure to comply with the Order to Show Cause. On the effective date of this order, creditors are free to pursue their pre−bankruptcy rights against the debtor(s).

*So Ordered:*

/s/ John A. Dorsey, Jr.
U.S. Bankruptcy Judge

Date: **2/24/26**

Entered on Docket: **2/24/26**
Document Number: **7 − 2**

160.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*