United States Bankruptcy Court

District of Rhode Island

In re:                                                                                          Case No. 26-10120-JAD

Magana Properties Inc.                                                                          Chapter 7

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0103-1 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Mar 19, 2026 | Form ID: 309 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Magana Properties Inc., 19 Benedict Street, Providence, RI 02907-2803 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Office of the U.S. Trustee | ustpregion01.pr.ecf@usdoj.gov |
| Stacy B. Ferrara | sferrara@ndgrb.com RI11@ecfcbis.com;mbettez@ndgrb.com |

TOTAL: 2

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF RHODE ISLAND**

---

In Re: Magana Properties Inc.                    BK No. 1:26−bk−10120

   Debtor(s)

                                                  Chapter 7

---

### NOTICE OF DISMISSAL OF BANKRUPTCY CASE

You are notified that an order dismissing the above debtor(s) bankruptcy case was entered on: 2/24/2026 .

Jonathan E. Pincince
Clerk of Court

Date: **3/19/26**

Entered on Docket: **3/19/26**
Document Number: **9 − 7**

309.jsp

---

*The Federal Center · 380 Westminster Street, 6th Floor · Providence, RI 02903 · Tel: (401) 626−3100*

*Website: www.rib.uscourts.gov*